In the Matter of the Estate of JOHN M. BALSAM, Deceased. CLARICE DIXSON, Formerly BALSAM, Appellant; DOROTHEA F. BALSAM, as Administratrix of the Estate of JOHN M. BALSAM, Deceased, et al., Respondents.

Submitted May 16, 1949; decided May 26, 1949.

*Henry Vollmer, Jr., George C. Wildermuth* and *John C. Osborne* for motion.

*Edward J. Egan* and *Lester Feuerstein* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.